PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio



2008 MAR -6 AM 9:18

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Terrence Watkins**                                      Case Number: **CR-1-02-069**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
                                          **Chief United States District Judge**

Date of Original Sentence: **October 10, 2002**

Original Offense: **Bank Fraud, violation of 18 U.S.C § 1344, a class B felony.**

Original Sentence: **57 months BOP confinement, 4 years supervised release, $18,118.26 in restitution, and a $100 special assessment.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **November 29, 2006**

Assistant U.S. Attorney: **Unassigned Currently**     Defense Attorney: **Richard Smith-Monahan, esq.**

## PETITIONING THE COURT

[X]   To issue a warrant and toll the supervision time
[ ]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

1) On December 6, 2007, Watkins was convicted of Attempted Failure to Verify Current Address for his sex offender registration requirement. On January 10, 2008, Watkins received a suspended sentence of one year imprisonment, and three years of probation.

The facts are Watkins failed to re-register in September 2007 as required for a Tier II state of Ohio sex offender.

2) On February 18, 2008, Watkins was arrested on four charges of Aggravated Robbery. On February 27, 2008, Watkins was indicted on four counts of Aggravated Robbery and four counts of Robbery. As of the date of this petition, the case remains pending in the Hamilton County, Ohio Common Pleas Court. A $500,000 bond was set, and Watkins remains in state custody as of this date.

The indictment alleges that, on January 10, January 25, January 31, and February 18, 2008, Watkins entered the National Cash Advance store (January10 and February18) and the Check Into Cash store (January 25 and 31), and brandished a black Crossman pellet gun toward the store employee in attempt to obtain cash from the store. The store employees complied with his

    demands, and the defendant then fled the store with the cash. No one was injured during the offenses.

#2    **Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;**

    On December 18, 2006, January 8, February 5, August 13, 2007, and January 24, 2008, Watkins submitted urine specimens which returned positive for usage of marijuana.

    18 U.S.C. §3583(g)(4) requires revocation for submitting more than three positive urine specimens in the same year.

#3    **Condition #2: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;**

    On June 4, September 10, December 5, 2007, and February 4, 2008, Watkins failed to report to the U.S. Probation Office as required.

**U.S. Probation Officer Recommendation:**

Watkins remains in custody on the new state charges. He has a significant mental health diagnosis, in which he hears voices that tell him to commit violent offenses in the community. Despite being under the care of outpatient mental health services, including medication, Watkins has demonstrated he is a risk to the community. He also was actively using marijuana. Finally, this is statutorily revocation situation. Therefore, this officer is respectfully recommending the Court to order a warrant to be issued for supervised release violation, and the warrant to be served as a detainer until the defendant becomes available to the Court.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

  I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 4, 2008**

*Robert C. Frommeyer Jr.*
Robert C. Frommeyer Jr.
Supervising U.S. Probation Officer

PROB 12C
Rev 2/03

3

RE:   Watkins, Terrence
      CR-1-02-069


THE COURT ORDERS:

[ ]   No Action
[✓]   The Court finds that there is probable cause to believe the defendant has violated the conditions of his supervised release and orders the Issuance of a Warrant for his arrest. The supervision time shall be tolled.
[ ]   The Issuance of an Order to Appear and Show Cause
[ ]   The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]   Other

_____
Signature of Judicial Officer

3/5/08
Date